UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE PARISH OF PLAQUEMINES | * | CIVIL ACTION NO.: 2:13-cv-06706 |
| | * | |
| Plaintiff | * | JUDGE MORGAN |
| | * | |
| VERSUS | * | MAGISTRATE JUDGE ROBY |
| | * | |
| LINDER OIL COMPANY, A PARTNERSHIP, | * | |
| SHELL OIL COMPANY, | * | |
| FREEPORT-MCMORAN OIL & GAS LLC, | * | |
| CHEVRON U.S.A. INC., AND ESTATE OF | * | |
| WILLIAM G. HELIS | * | |
| | * | |
| Defendants. | * | |

*******************************************

## ORDER

IT IS ORDERED that Eric J. Mayer (La. Bar No. 14184) and Alexandra White (La. Bar. No. 29478) of the law firm Susman Godfrey L.L.P. be, and hereby are, enrolled as additional counsel of record for defendant Chevron U.S.A. Inc. in the above captioned matter.

New Orleans, Louisiana this 27th day of December, 2013.

_____
HONORABLE JUDGE MORGAN