UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE PARISH OF PLAQUEMINES | * | CIVIL ACTION |
| versus | * | NO. 2:13-cv-6706 |
| LINDER OIL COMPANY, ET AL | * | JUDGE MORGAN |
| | * | MAGISTRATE JUDGE ROBY |

## ORDER

Considering the foregoing Ex Parte Motion for Extension of Time to Plead filed by Shell Oil Company,

IT IS HEREBY ORDERED that Shell Oil Company and all defendants who want to avail themselves of the extension are granted an extension of time to file responsive pleadings to Plaintiff's Petition of twenty-one (21) days, or until on or before January 16, 2014.

New Orleans, Louisiana, this __27th__ day of December, 2013.

_____
UNITED STATES DISTRICT JUDGE

1329516_1