UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PLAQUEMINES PARISH,**<br>    Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **No. 13-6706** |
| **LINDER OIL COMPANY, et al.,**<br>    Defendants | **SECTION "E"** |

### ORDER

Considering the foregoing Joint Motion to Extend Filing Deadlines and Delay Rule 26 Requirements Pending Ruling on Remand Motion,[1]

**IT IS ORDERED** that defendants' request to delay the filing of responsive pleadings, the Rule 26(f) conference, and all the parties' obligations under Rule 26 until the Court's final ruling on plaintiff's motion to remand is **DENIED**.

**IT IS FURTHER ORDERED** that the deadlines for all defendants to file responsive pleadings and to participate in a Rule 26(f) conference, as well as the other obligations under Rule 26, are extended by sixty days to **March 17, 2014.**

New Orleans, Louisiana, this  16th   day of January, 2014.

                                                             _____
                                                                         **SUSIE MORGAN**
                                                             **UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 17.