# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PLAQUEMINES PARISH,**<br>    Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **No. 13-6706** |
| **LINDER OIL COMPANY, et al.,**<br>    Defendants | **SECTION "E"** |

## ORDER

After consultation with the members of the Court concerning the preliminary management of the actions brought by Jefferson and Plaquemines Parishes under the State and Local Coastal Resources Management Act of 1978, the Court enters the following order:

The Court's consideration of the motion to remand in this proceeding is deferred pending a decision by Judge Zainey on identical issues presented in the motions to remand that are before him. Discovery herein is stayed pending resolution of the remand motion.

**IT IS SO ORDERED.**

New Orleans, Louisiana, this 26th day of February, 2014.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**