UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE PARISH OF PLAQUEMINES | * | CIVIL ACTION NO.: 2:13-cv-06706 |
| | * | |
| Plaintiff | * | JUDGE MORGAN |
| | * | |
| VERSUS | * | MAGISTRATE JUDGE ROBY |
| | * | |
| LINDER OIL COMPANY, A PARTNERSHIP, SHELL OIL COMPANY, FREEPORT-MCMORAN OIL & GAS LLC, CHEVRON U.S.A. INC., AND ESTATE OF WILLIAM G. HELIS | * * * * * | |
| | * | |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Having considered the Joint and Unopposed Motion to Extend Responsive Pleading Deadline;

**IT IS ORDERED** that the Motion is GRANTED.

**IT IS FURTHER ORDERED** that the deadline for all defendants to file a responsive pleading is extended until thirty (30) days after the Court rules on the pending motion to remand.

New Orleans, Louisiana this 6th day of March, 2014.

_____
United States District Judge