UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PLAQUEMINES PARISH,                     CIVIL ACTION
    Plaintiff

VERSUS                                  No. 13-6706

LINDER OIL COMPANY, et al.,             SECTION "E"
    Defendants

### ORDER

Before the Court is a request for oral argument[1] on a motion to remand to state court.[2] On February 26, 2014, the Court deferred ruling[3] on the motion to remand pending a decision by Judge Zainey on identical issues presented in the motions to remand that are before him.

Accordingly, **IT IS ORDERED** that the oral argument request be and hereby is **DENIED**.

New Orleans, Louisiana, this 16th day of April, 2014.

                                      **SUSIE MORGAN**
                             **UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 19.

[2] R. Doc. 18.

[3] R. Doc. 21.