UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE PARISH OF PLAQUEMINES | * | CIVIL ACTION |
| versus | * | NO. 2:13-cv-6706 |
| LINDER OIL COMPANY, ET AL. | * | JUDGE MORGAN |
| | * | MAGISTRATE JUDGE ROBY |

## ORDER

Considering the foregoing Joint Motion To Suspend Briefing Deadlines,

IT IS ORDERED that all briefing deadlines in connection with Plaintiff's Motion to Remand (Rec. Doc. No. 18) are hereby suspended pending a ruling on Plaintiff's Motion to Remand in *Plaquemines Parish v. Total Petrochemicals & Refining USA, Inc.*, Civil Action No. 13-6693.

IT IS FURTHER ORDERED that, within 21 days of the ruling on Plaintiff's Motion to Remand in *Plaquemines Parish v. Total Petrochemicals & Refining USA, Inc.*, Civil Action No. 13-6693, the parties shall submit a joint briefing schedule, or request a status conference to address the schedule for briefing, for the Motion to Remand filed in the present matter.

New Orleans, Louisiana, this 17th day of April, 2014.

_____
UNITED STATES DISTRICT JUDGE