UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

THE PARISH OF PLAQUEMINES                         CIVIL ACTION: 2:13-cv-06706

VERSUS                                            JUDGE: SUSIE MORGAN

LINDER OIL COMPANY, A PARTNERSHIP    MAGISTRATE: KAREN W. ROBY
ET AL

## ORDER

Considering the foregoing Motion for Leave to File Notice of Supplemental Authority filed by the Parish of Plaquemines and the State of Louisiana,

**IT IS HEREBY ORDERED THAT** the motion is **GRANTED**.

New Orleans, Louisiana, this 12th day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE