UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE PARISH OF PLAQUEMINES | CIVIL ACTION |
| VERSUS | NO: 13-6706 |
| LINDER OIL COMPANY, et al | SECTION "E" (4) |

## ORDER

Considering the order entered by the Court granting the Joint Motion of the parties to Suspend Briefing Deadlines pending a ruling on Plaintiff's Motion to Remand in Civil Action No. 13-6693, "Plaquemines Parish v. Total Petrochemicals & Refining USA, Inc." (R. Doc. 26), presently pending in Section "A" of this Court;

IT IS ORDERED that the Clerk of Court mark this action closed for statistical purposes.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction and that the case shall be restored to the trial docket upon motion of a party if circumstances change, so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

New Orleans, Louisiana, this  30th  day of September, 2014.

*Susie Morgan*
SUSIE MORGAN
UNITED STATES DISTRICT JUDGE