UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE PARISH OF PLAQUEMINES | * | CIVIL ACTION |
| versus | * | NO. 2:13-cv-6706 |
| LINDER OIL COMPANY, ET AL. | * | JUDGE MORGAN |
| | * | MAGISTRATE JUDGE ROBY |

## ORDER

Considering the foregoing Joint Motion to Reopen and to Set Status Conference,

IT IS ORDERED that the motion is granted, that the matter is hereby reopened, and that a telephone status conference with the Court is hereby set for January __5__, 2015 at __1:30__ p.m., to address the schedule for briefing for the Motion to Remand filed in the present matter.

New Orleans, Louisiana this 22nd day of December, 2014.

_____
Susie Morgan
United States District Judge