## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PLAQUEMINES PARISH** | **CIVIL ACTION** |
| Plaintiff | |
| **VERSUS** | **NO. 13-6706** |
| **LINDER OIL COMPANY ET AL** | **SECTION "E"** |
| Defendants | |

## ORDER

**IT IS ORDERED** that Defendants' request for oral argument on the motion to remand (R. Doc. 18) is **DENIED**.[1]

New Orleans, Louisiana this 13th day of February, 2015.

_____
SUSIE MORGAN
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 35.

1